**Order entered January 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01032-CV**

**IN THE INTEREST OF T.R., L.R., J.R., S.R., E.R.,
C.R., AND V.R., CHILDREN**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-06935**

**ORDER**

By post-card notice dated December 29, 2020, we informed the court reporter that the reporter's record is past due and instructed her to file the record within thirty days. Before the Court is the January 7, 2021 letter of Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court, informing the Court that appellant has not requested the reporter's record. In light of this circumstance, we **ORDER** appellant to provide, by **January 19, 2021**, written verification that she has requested preparation of the reporter's record and has either paid or made arrangements to pay the reporter's fee. We caution appellant

that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Atkins and all parties.

/s/   KEN MOLBERG
      JUSTICE